MARGARET J. MCNAIR (SBN 125858)
PRIYA BAHL-SEN (SBN 224032)
HOPE4FAMILIES
E-Mail: pbsen@h4fca.org
4859 W. Slauson Ave., No. 515
Los Angeles, California 90056
Telephone: (323) 275-1161 Ext. 825
Facsimile: (323) 257-8084

Attorneys for DEFENDANTS,
V.S., a minor, and Dulce Garcia

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARVEY SCHOOL DISTRICT<br><br>　　　　Plaintiff,<br><br>vs.<br><br>V.S., a minor, by his Mother DULCE GARCIA<br><br>　　　　Defendants.<br><br>―――――――――――――――<br>V.S., a minor, by his Mother DULCE GARCIA<br><br>　　　　Counter-Claimants,<br><br>vs.<br><br>GARVEY SCHOOL DISTRICT,<br><br>　　　　Counter-Defendant. | Case No. 2:19-cv-01248-CAS-JCx<br><br>**JUDGMENT ON DEFENDANTS AND COUNTER-CLAIMANTS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO FRCP 56**<br><br>Judge: Honorable Christina A. Snyder<br><br>Hearing Date: November 18, 2019<br>Time: 10:00 a.m.<br>Dept.: 8D |

///

---

1
**[PROPOSED] JUDGMENT ON DEFENDANTS AND COUNTER-CLAIMANTS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO FRCP 56**

The Court, having considered Defendants' Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56, as to Plaintiff Garvey School District's Complaint, including First Amended Complaint ("Motion"), hereby grants the Motion. Judgment shall be entered for Defendants V.S., a minor, by his mother Dulce Garcia, and against Plaintiff Garvey School District, with respect to Plaintiff's Complaint and First Amended Complaint.

DATED: November 14, 2019

*[signature: Christina A. Snyder]*

Hon. Christina A. Snyder
United States District Court Judge